746 S.E.2d 24

## Re ADMINISTRATIVE SUSPENSIONS FOR FAILURE TO COMPLY WITH CONTINUING LEGAL EDUCATION REQUIREMENTS.

Supreme Court of South Carolina.

May 22, 2013.

### ORDER

The South Carolina Commission on Continuing Legal Education and Specialization has furnished the attached list of lawyers who have failed to file reports showing compliance with continuing legal education requirements, or who have failed to pay the filing fee or any penalty required for the report of compliance, for the reporting year ending in February 2013. Pursuant to Rule 419(d)(2), SCACR, these lawyers are hereby suspended from the practice of law. They shall surrender their certificates to practice law in this State to the Clerk of this Court by June 21, 2013.

Any petition for reinstatement must be made in the manner specified by Rule 419(e), SCACR. Additionally, if they have not verified their information in the Attorney Information System, they shall do so prior to seeking reinstatement.

These lawyers are warned that any continuation of the practice of law in this State after being suspended by this order is the unauthorized practice of law, and will subject them to disciplinary action under Rule 413, SCACR, and could result in a finding of criminal or civil contempt by this Court. Further, any lawyer who is aware of any violation of this suspension shall report the matter to the Office of Disciplinary Counsel. Rule 8.3, Rules of Professional Conduct for Lawyers, Rule 407, SCACR.

/s/Jean H. Toal, C.J.

/s/Costa M. Pleicones, J.

/s/Donald W. Beatty, J.

308

/s/John W. Kittredge, J.

/s/Kaye G. Hearn, J.
   FOR THE COURT

ATTACHMENT

LAWYERS NON–COMPLIANT WITH THE
MCLE REQUIREMENTS FOR THE
2012–2013 REPORTING YEAR

Scott Christen Allmon

Allmon Law Firm, PC

133 Habersham Court

Easley, SC 29642

INTERIM SUSPENSION (1/16/13)

Michael E. Atwater

Atwater & Davis, LLC

1470 Ebenezer Road

Rock Hill, SC 29732

6–MONTH SUSPENSION (4/25/12)

Richard J. Breibart

The Law Firm of Richard Breibart, LLC

PO Box 310

Lexington, SC 29071

INTERIM SUSPENSION (6/1/12)

Mark Andrew Brunty

Brunty Law Firm

5001 North Kings Highway, Suite 205

Myrtle Beach, SC 29572

INTERIM SUSPENSION (11/21/12)

Kenneth Gary Cooper

314 West 5th North Street

Summerville, SC 29483

6–MONTH SUSPENSION (4/25/12)

William Joseph Cutchin

Cutchin Law Firm

1051–B Johnnie Dodds Boulevard

Mt. Pleasant, SC 29464

INTERIM SUSPENSION (2/22/13)

Eric J. Davidson

Maryland Disability Law Center

1800 North Charles Street, Suite 400

Baltimore, MD 21201

Rosalee Hix Davis

White Rose Law

PO Box 197

York, SC 29745

DISABILITY INACTIVE (5–3–13)

William E. Davis, Jr.

Bill Davis Law Firm, LLC

171 Fairhaven Way

Chapin, SC 29063

Aarati Prasad Doddanna

Doddanna Law Group, LLC

1643–B Savannah Highway, # 311

Charleston, SC 29407

Tracy Reed Evans

1124 Snyder Lane

Hartsville, SC 29550

Erica Michele Jackson

Sidley Austin

1501 K Street, NW

Washington, DC 20005

Kenneth S. Jannette

Weinstein & Riley, PC

14 Penn Plaza, Suite 1407

310

New York, N.Y. 10122

J. Keith Jones

Shumaker Loop & Kendrick, LLP

128 South Tryon Street, Suite 1800

Charlotte, NC 28202

Shana Denice Jones–Burgess

Law Offices of Shana Jones–Burgess

1126 Lancelot Lane

Conway, SC 29526

INTERIM SUSPENSION (7/26/12)

Robert J. Klug, Sr.

Law Offices of Robert J. Klug, Sr.

1558 Chalk Avenue

Blue Bell, PA 19422

Laura Spears Knobeloch

The Law Office of Laura Spears Knobeloch

808 Johnnie Dodds Boulevard

Mt. Pleasant, SC 29464

Steven Robert Lapham

PO Box 2111

Anderson, SC 29622

INTERIM SUSPENSION (1/15/13)

Adam West Lee

361 Foxport Drive

Chapin, SC 29036

James G. Longtin

109 Hiers Street

Walterboro, SC 29488

9–MONTH SUSPENSION (7/18/11)

Amelia Holt Lorenz

Lorenz Law Firm

468 Grand Oak Way

Moore, SC 29369

INTERIM SUSPENSION (11/1/12)

C. Kevin Miller

C. Kevin Miller, PA

PO Box 5346

Spartanburg, SC 29304

INTERIM SUSPENSION (3/7/12)

John Kevin Owens

J. Kevin Owens, LLC

PO Box 170128

Spartanburg, SC 29301

William Jones Rivers III

Schurlknight & Rivers, PA

123 Woodcreek Road

Darlington, SC 29532

INTERIM SUSPENSION (11/20/12)

Martin E. Rock

PO Box 13404

Research Triangle Park, NC 27709

John Tyler Roper

Burroughs, Collins & Newcomb, PLC

713 Market Street, Suite 120

Knoxville, TN 37902

George Thomas Samaha III

Samaha Law Firm, PLLC

288–A Highway 90 East

Little River, SC 29566

1–YEAR SUSPENSION (8/1/12)

Michael Scott Taylor

831 Barclay Drive

312

Florence, SC 29501

INTERIM SUSPENSION (2/8/13)